No. 87–1061. NATIONAL COLLEGIATE ATHLETIC ASSN. *v.* TARKANIAN. Sup. Ct. Nev. Certiorari granted limited to Ques-

tion 1 presented by the petition.